Joseph Campbell *et al.*, Plaintiffs in Error, *v.* George Brunk *et al.*, Defendants in Error.

ERROR TO SANGAMON.

In a suit by one corporation against another, it is erroneous to render a judgment against the members of the one corporation, as individuals, in favor of the members of the other.

This was a suit brought before a justice of the peace by the defendants in error, and from the judgment of the justice an appeal was taken to the Circuit Court by the plaintiffs in error.

The account upon which the suit was brought, is exhibited against township number fourteen, range five west, third principal meridian, by school district number four, in township number fourteen, range four west, third principal meridian.

The judgment was rendered by the justice of the peace for $36.60, and costs, against defendants below as trustees.

The Circuit Court rendered a judgment for $36.60, and costs,

15

against plaintiffs in error as individuals, and in favor of the defendants in error as individuals.

Plaintiffs in error now seek to reverse this decision.

N. M. BROADWELL, for Plaintiffs in Error.

STUART & EDWARDS, and W. H. HERNDON, for Defendants in Error.

BREESE, J. This was an appeal from a justice of the peace to the Circuit Court, on a demand filed by one corporation against another corporation. The magistrate in issuing the summons, sent it out in the names of the individuals composing the several corporations, and rendered his judgment in favor of the plaintiffs by their individual names, and against the defendants by their individual names, and this error was continued in the Circuit Court, so that, in the record before us, it appears that in a suit commenced by one corporation against another corporation, a judgment has been entered up against the individual members of the corporation, which is erroneous. For this reason the judgment must be reversed and the cause remanded, with leave to strike out the individual names of the members of both corporations, and let the cause proceed, as originally instituted, in the corporate names of the parties to the suit.

*Judgment reversed.*